**No. 55943.**—Artgift Corp. et al. v. United States, protests 169855–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.